

# Fourth Court of Appeals

## San Antonio, Texas

April 28, 2014

No. 04-13-00501-CV

Office of the Attorney General,
Appellant

v.

Blanca De Leon,
Appellee

Trial Court Case No. 8,248

# ORDER

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on June 4, 2014, to the following panel: Justice Angelini, Justice Marion, and Justice Alvarez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on April 28, 2014.

_Karen Angeli_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this April 28, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk